# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO. 3:13-cv-00102-TJC/JRK

RONALD GOODIN and DEBORAH J. GOODIN,

    Plaintiffs,

vs.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

## NOTICE OF SERVING OFFER OF JUDGMENT PURSUANT TO FLA. STAT. § 768.79 AND FEDERAL RULE OF CIVIL PROCEDURE 68

Defendant, BANK OF AMERICA, N.A., hereby gives notices that, on August 23, 2013, Bank of America served an offer of judgment pursuant to Fla. Stat. § 768.79 and Federal Rule of Civil Procedure 68.

    Respectfully submitted,
    /s/ Andrew Kemp-Gerstel
    J. RANDOLPH LIEBLER
    Florida Bar No. 507954
    E-mail: jrl@lgplaw.com
    ANDREW KEMP-GERSTEL
    Florida Bar No. 0044332
    E-mail: akg@lgplaw.com
    Attorneys for Bank of America, N.A.
    **LIEBLER, GONZALEZ & PORTUONDO, P.A.**
    Courthouse Tower - 25th Floor
    44 West Flagler Street
    Miami, FL 33130
    Telephone: (305) 379-0400
    Fax: (305) 379-9626

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2013, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Andrew Kemp-Gerstel
      ANDREW KEMP-GERSTEL

\\LGP-FS01\Data\645-13-HLI-0644\Pleadings (Working File)\N-Serving Offer of Settlement.wpd

– 2 –

**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400