## Case 16-2012-CA-010285-XXXX-MA

| Department | Circuit Civil | Division | FC-G |
|---|---|---|---|
| Case Status | CLOSED | File Date | 9/17/2012 |
| Judge Name | FORECLOSURE JUDGE, | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| BANK OF AMERICA, N.A. | PLAINTIFF / B | , |
| GOODIN RONALD W | DEFENDANT / | , |
| Goodin Deborah J | DEFENDANT / | , |

### Attorneys

| Name | Address | Type |
|---|---|---|
| Eligon, Charlene Kim-Archer | [redacted] Plantation, FL 333243292 | Private Attorney |
| Thoele, Amanda Marie | [redacted] Jacksonville, FL 322174226 | Private Attorney |
| Thoele, Amanda Marie | [redacted] Jacksonville, FL 322174226 | Private Attorney |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 11/13/2012 | CIR/GENCIV/COUNTER/X-CLAIM | $395.00 | $395.00 | $0.00 |
| 09/18/2012 | SUMMONS($10/ea) | $30.00 | $30.00 | $0.00 |
| 09/18/2012 | CIR/FORECLOSURE >50-<250K 6/1/2012 | $1,046.00 | $1,046.00 | $0.00 |

### Dockets

| Line | Count | Effective Entered | Description | Image |
|---|---|---|---|---|
| 1 | -- | 9/17/2012 9/18/2012 | HOMESTEAD RESIDENTIAL FORECLOSURE - $50,001 - $249,999 | |
| 2 | -- | 9/17/2012 9/21/2012 | COMPLAINT, SUMMONS ISSUED 3 | |
| 3 | -- | 9/17/2012 9/21/2012 | VERIFICATION FORM | |
| 4 | -- | 9/17/2012 9/21/2012 | COVER SHEET | |
| 5 | -- | 9/17/2012 9/21/2012 | NOTICE OF LIS PENDENS BOOK 16078 PAGE 386-386 | |

| | | | | |
|---|---|---|---|---|
| 6 | -- | 9/17/2012<br>9/21/2012 | VALUE OF REAL PROPERTY OR MORTGAGE FORECLOSURE CLAIM | |
| 7 | -- | 9/18/2012<br>9/18/2012 | CASE FEES PAID: $1,076.00 ON RECEIPT NUMBER 1661608 | |
| 8 | -- | 9/19/2012<br>9/19/2012 | SUMMONS ISSUED RONALD GOODIN | |
| 9 | -- | 9/19/2012<br>9/19/2012 | SUMMONS ISSUED DEBORAH GOODIN | |
| 10 | -- | 9/19/2012<br>9/19/2012 | SUMMONS ISSUED UNKNOWN PERSON IN POSSESSION OF THE SUBJECT PROPERTY | |
| 11 | -- | 9/26/2012<br>10/8/2012 | SUMMONS RETURNED NOT SERVED ON UNKNOWN PERSON(S) IN POSSESSION OF THE SUBJECT PROPERTY 9/21/12 | |
| 12 | -- | 9/26/2012<br>10/8/2012 | SUMMONS RETURNED INDICATING SERVICE ON DEBORAH J. GOODIN 9/21/12 | |
| 13 | -- | 9/26/2012<br>10/9/2012 | SUMMONS RETURNED INDICATING SERVICE ON RONALD W. GOODIN 9/21/12 | |
| 14 | -- | 10/11/2012<br>10/12/2012 | NOTICE OF APPEARANCE OF COUNSEL FOR DEFTS RONALD AND DEBORAH GOODIN (PARKER AND DUFRESNE, PA), NOTICE OF OBJECTIONS TO AGREED ORDERS, NOTICE OF MAILING ADDRESS AND HEARING COORDINATION NUMBER, NOTICE OF OBJECTIONS TO UNILATERALLY SCHEDULES HEARINGS | |
| 15 | -- | 10/11/2012<br>10/24/2012 | MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS COMPLAINT | |
| 16 | -- | 11/13/2012<br>11/13/2012 | ANSWER , AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFFS VERIFIED COMPLAINT FILED BY DEFENDANTS, RONADL GOODIN AND DEBORAH GOODIN | |
| 17 | -- | 11/13/2012<br>11/13/2012 | CASE FEES PAID: $395.00 ON RECEIPT NUMBER 1701155 | |
| 18 | -- | 11/26/2012<br>12/4/2012 | MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFTS' ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS | |
| 19 | -- | 11/26/2012<br>12/4/2012 | REQUEST FOR ADMISSIONS (DEFT'S FIRST) | |
| 20 | -- | 11/26/2012<br>12/4/2012 | REQUEST TO PRODUCE (DEFTS' FIRST) | |
| 21 | -- | 11/26/2012<br>12/4/2012 | NOTICE OF SERVICE OF INTERROGATORIES (DEFTS' FIRST) | |
| 22 | -- | 12/18/2012<br>1/2/2013 | MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFTS' FIRST REQUEST FOR PRODUCTION, FIRST SET OF INTERROGATORIES, AND FIRST REQUEST FOR ADMISSIONS- ATTY FOR PLTF | |
| 23 | -- | 1/10/2013<br>1/10/2013 | NOTICE OF DISMISSAL WITHOUT PREJUDICE ALL COUNTERCLAIMS IN THIS CAUSE | |
| 24 | -- | 1/24/2013<br>1/24/2013 | NOTICE OF HEARING 3/6/13 @10:00AM RM 604 | |
| 25 | -- | 3/12/2013<br>3/18/2013 | ORDER GRANTING MOTION FOR EXTENSION OF TIME | |
| 26 | -- | 3/25/2013<br>3/26/2013 | FINAL DISPOSITION FORM -DISMISSED BEFORE HEARING | |
| 27 | -- | 3/25/2013<br>3/26/2013 | NOTICE OF VOLUNTARY DISMISSAL BOOK 16303 PAGE 787-788 | |
| 28 | -- | 4/15/2013<br>4/16/2013 | REQUEST FOR ORDER AND JUDGEMENT AWARDING ATTORNEY'S FEES AND COST | |