**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD GOODIN and DEBORAH J. GOODIN,

    Plaintiffs,

v.                                    Case No:   3:13-cv-102-J-32JRK

BANK OF AMERICA, N.A.,

    Defendant.

## O R D E R

As announced on the record at the April 22, 2014 hearing, the record of which is incorporated herein, it is hereby

**ORDERED:**

1. Defendant's Motion to Dismiss (Doc. 33) is **DENIED as moot**.

2. Defendant's Motion to Strike Demand for Jury Trial (Doc. 37) is **GRANTED**. The case will proceed as a non-jury trial.

3. Defendant's Motion for Summary Judgment (Doc. 38) is **DENIED**.

4. Plaintiff's Motion for Sanctions (Doc. 45) is **DENIED**.

5. Defendant should file its answer by **May 6, 2014**.

6. This case is referred to a settlement conference with the Honorable James R. Klindt. Judge Klindt will contact the parties to schedule the conference. If the settlement conference is unsuccessful, the Court will set the case for trial by separate Order.

**DONE AND ORDERED** in Jacksonville, Florida the 22nd day of April, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies to:

Counsel of record

Honorable James R. Klindt
United States Magistrate Judge