UNITED STAES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Plaintiffs(s),           x
Government            ___

                                    Case No: 3:13-CV-00102-TJC-JRK

v.                                    ___    Evidentiary
                                       x     Trial
                                       ___   Other

Defendant(s),           ___

| EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 1 | FEB 11 2015 | FEB 11 2015 | | Plaintiff's Chapter 13 Plan (Doc. 9) filed in In re <u>Ronald W. Goodin et al.</u>, Case No. 3:09-bk-1061-PMG |
| 2 | FEB 11 2015 | FEB 11 2015 | | Plaintiffs' Modified Confirmed Chapter 13 Plan (Doc. 32) filed in the Bankruptcy |
| 3 | FEB 11 2015 | FEB 11 2015 | | Plaintiffs' Second Modified Confirmed Chapter 13 Plan (Doc. 43) file in the Bankruptcy |
| 4 | 2-11-15 | 2-11-15 | | Letter from Bankruptcy Trustee stating address change requirements for Creditor; Letter from Plaintiffs' to Trustee in re change of loan servicer dated November 23, 2009; Notice of Assignment letter from Bank of America to Plaintiffs; Copy of Envelope from Plaintiffs to Bank of America; Plaintiffs' Bank of America Mortgage Statement showing balances and applied late fees |

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 5 | FEB 11 2015 | FEB 11 2015 | | Letter from Defendant regarding information about fees that may be charged to Plaintiffs' loan while in default status; dated October 8, 2010 |
| 6 | FEB 11 2015 | FEB 11 2015 | | Letter from Defendant regarding past due payment; dated December 3, 2010 |
| 7 | FEB 11 2015 | FEB 11 2015 | | Defendant's Partial Statement of account activity from 02/02/2011-02/14/2011 |
| 8 | FEB 11 2015 | FEB 11 2015 | | Defendant's Partial Statement dated 04/25/2011 including home loan summary, home loan details, and account activity from 03/02/2011-04/25/2011 |
| 9 | FEB 11 2015 | FEB 11 2015 | | Defendant's Partial Statement dated 05/02/2011 including home loan summary, home loan details, and account activity from 04/02/2011-05/02/2011 |
| 10 | FEB 11 2015 | FEB 11 2015 | | Defendant's Partial Statement dated 06/01/2011 including home loan summary, home loan details, and account activity from 005/02/2011-06/01/2011 |
| 11 | FEB 11 2015 | FEB 11 2015 | | Defendant's Partial Statement dated 07/01/2011 including home loan summary, home loan details, and account activity from 06/02/2011-07/01/2011 |
| 12 | FEB 11 2015 | FEB 11 2015 | | Defendant's Partial Statement of account activity from 07/02/2011-08/01/2011 |

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 13 | FEB 1 1 2015 | FEB 1 1 2015 | | Defendant's Partial Statement dated 09/01/2011 including home loan summary, home loan details, and account activity from 08/02/2011-09/01/2011 |
| 14 | FEB 1 1 2015 | FEB 1 1 2015 | | Defendant's Partial Statement dated 12/01/2011 including home loan summary, home loan details, and account activity from 11/02/2011-12/01/2011 |
| 15 | FEB 1 1 2015 | FEB 1 1 2015 | | Defendant's Partial Statement dated 12/27/2011 including home loan summary, home loan details, Escrow Account Review, Mortgage Interest Statement, 2011 Statement Summary, and Annual Disclosure Notice to Mortgagor |
| 16 | FEB 1 1 2015 | FEB 1 1 2015 | | Notice of Intent to Accelerate and information on foreclosure avoidance; dated December 27, 2011 from Defendant |
| 17 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Defendant dated December 28, 2011 stating they will not accept partial payments and are returning the partial payment of $703.31 |
| 18 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Defendant dated 12/28/2011 regarding past due payments |
| 19 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Defendant dated January 13, 2012 regarding insufficient payment to bring account current |
| 20 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Defendant dated January 17, 2012 regarding insufficient payment to bring account current |

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 21 | FEB 1 1 2015 | FEB 1 1 2015 | | Defendant's Partial Statement with notice of Plaintiffs' seriously delinquent account |
| 22 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Defendant dated February 9, 2012 regarding insufficient payment to bring account current |
| 23 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Parker & DuFresne, P.A. to Defendant with Bankruptcy date stamp received on March 22, 2012; Proof of Claim of Bankruptcy filed 05/15/2009; Report of Standing Trustee in Bankruptcy file on 04/27/2010 |
| 24 | FEB 1 1 2015 | FEB 1 1 2015 | | Defendant's Partial Statement with notice of Plaintiffs' seriously delinquent account dated 02/28/2012 |
| 25 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Defendant dated March 16, 2012, regarding insufficient payment |
| 26 | FEB 1 1 2015 | FEB 1 1 2015 | | Defendant's Partial Statement with notice of Plaintiffs' seriously delinquent account dated 03/29/2012 |
| 27 | FEB 1 1 2015 | FEB 1 1 2015 | | Letter from Defendant regarding referral of the Subject Loan to Defendant's Foreclosure Review Committee dated April 30, 2012 |
| 28 | FEB 1 1 2015 | FEB 1 1 2015 | | Verified Complaint for Foreclosure, filed in Duval County on September 17, 2012, Case No. 2012-CA-10285 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 29 | FEB 11 2015 | FEB 11 2015 | | Defendant's full Statement of Plaintiffs' account dated 01/02/2013; including home loan summary, details, some activity on the account in 2012, and outstanding foreclosure fee |
| 30A | FEB 11 2015 | FEB 11 2015 | | COMPOSITE: Letter from Defendant stating all payments must be made by cashier's check or money order and returned check #116 |
| 30B | FEB 11 2015 | FEB 11 2015 | | Notice from Defendant dated May 9, 2012 saying payment was not by certified funds and returned check #118 |
| 30C | FEB 11 2015 | FEB 11 2015 | | Notice from Defendant dated June 5, 2012 saying payment was not by certified funds and returned check #119 |
| 30D | FEB 11 2015 | FEB 11 2015 | | Notice from Defendant dated July 6, 2012 saying payment was not by certified funds and returned check #121 |
| 30E | FEB 11 2015 | FEB 11 2015 | | Notice from Defendant dated August 10, 2012 saying payment was not by certified funds and returned check #125 |
| 30F | FEB 11 2015 | FEB 11 2015 | | Notice from Defendant dated September 19, 2012 saying payment was not by certified funds and returned check #126 |
| 31 | FEB 11 2015 | FEB 11 2015 | | Defendant's Notice of Voluntary Dismissal of Foreclosure filed on March 25, 2013 |

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 32 | FEB 11 2015 | FEB 11 2015 | | COMPOSITE: Defendant's Transfer of Claim Other than for Security (Doc. 74) filed in <u>In re Ronald W. Goodin et al.</u>, Case No. 3:09-bk-1061-PMG; Assignment of Mortgage executed on 02/03/12 |
| 33 | FEB 11 2015 | FEB 11 2015 | | Printout from U.S. Bankruptcy Court: Middle District of Florida: Funds Unclaimed Directory |
| 34 | FEB 11 2015 | FEB 11 2015 | | Defendant's Motion for Payment of Unclaimed Funds (Doc. 78) filed in <u>In re Ronald W. Goodin et al.</u>, Case No. 3:08-bk-1061-PMG |
| 35 | FEB 11 2015 | FEB 11 2015 | | Bankruptcy Court's Order granting Motion for Payment of Unclaimed Funds (Doc. 79) ) filed in <u>In re Ronald W. Goodin et al.</u>, Case No. 3:08-bk-1061-PMG |
| 36A | FEB 11 2015 | FEB 11 2015 | | COMPOSITE: Letter from Defendant dated 10/24/2013 sent to Plaintiffs titled "REINSTATEMENT CALCULAITON" |
| 36B | FEB 11 2015 | FEB 11 2015 | | Letter from Defendant dated 10/29/2013 sent to Plaintiffs titled "REINSTATEMENT CALCULATION" |
| 37 | FEB 11 2015 | FEB 11 2015 | | Letter from Selene Finance to Plaintiffs dated November 13, 2014 |

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 38 | FEB 11 2015 | FEB 11 2015 | | Foreclosure counter-claim filing fee check dated 09/26/2012 |
| 39 | FEB 11 2015 | FEB 11 2015 | | Printout of internet inquiry from Plaintiffs |
| 40 | FEB 11 2015 | FEB 11 2015 | | Printout of Defendant's response to Plaintiffs' internet inquiry |
| 41 | FEB 11 2015 | FEB 11 2015 | | Servicing transfer letter stating the subject loan is transferring from BAC Home Loans Servicing to Defendant; Effective July 1, 2011 |
| 42A | FEB 11 2015 | FEB 11 2015 | | COMPOSITE: Certified Mail Receipt for letter sent by Plaintiffs to Brian Moynihan on December 8, 2010 |
| 42B | FEB 11 2015 | FEB 11 2015 | | The Return Postcard when the letter was on December 10, 2010 |
| 42C | FEB 11 2015 | FEB 11 2015 | | Sales receipt for letter sent to Brian Moynihan on December 8, 2010, showing return receipt and certified for the letter to Charlotte, NC |
| 43 | FEB 11 2015 | FEB 11 2015 | | Printout from U.S. Bankruptcy Court: Middle District of Florida: Funds Unclaimed Directory dated October 8, 2013 – was attached to Plaintiffs' Response to Defendant's Motion for Summary Judgment |

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 44 | FEB 11 2015 | FEB 11 2015 | | U.S. Bankruptcy Court: Middle District of Florida: Discharge of Debtor After Completion of Chapter 13 Plan – Case No. 3:09-bk-01061-PMG |
| 45 | FEB 11 2015 | FEB 11 2015 | | Order Granting Debtors' Motion to Modify Confirmed Plan from U.S. Bankruptcy Court: Middle District of Florida, Case No. 3:09-bk-1061-PMG; filed 09/23/09 |
| 46 | FEB 11 2015 | FEB 11 2015 | | Order Granting Debtors' Motion to Modify Confirmed Plan from U.S. Bankruptcy Court: Middle District of Florida, Case No. 3:09-bk-1061-PMG; filed on 02/17/10 |
| 47 | FEB 11 2015 | FEB 11 2015 | | Report of Standing Trustee (Doc 52) file in In re Ronald W. Goodin et al., Case No. 3:09-bk-1061-PMG |
| 48 | FEB 11 2015 | FEB 11 2015 | | Chapter 13 Standing Trustee's Final Report and Account (Doc 53) filed in In re Ronald W. Goodin et al., Case No. 3:09-bk-1061-PMG |
| 49 | FEB 11 2015 | FEB 11 2015 | | U.S. Bankruptcy Court Middle District of Florida: Proof of Claim Case No. 3:09-bk-01061-PMG |
| 50A | FEB 12 2015 | FEB 12 2015 | | COMPOSITE: Defendant's cover sheet for their 2014 Year-End Consolidated Reports of Condition and Income for a Bank with Domestic and Foreign Offices |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 50B | FEB 12 2015 | FEB 12 2015 | | Defendant's 2014 Balance Sheet |
| 50C | FEB 12 2015 | FEB 12 2015 | | Defendant's 2014 Income Statement |
| 50D | FEB 12 2015 | FEB 12 2015 | | Defendant's cover sheet for their 2013 Year-End Consolidated Reports of Conditions and Income for a Bank with Domestic and Foreign Offices |
| 50E | FEB 12 2015 | FEB 12 2015 | | Defendant's 2013 Balance Sheet |
| 50F | FEB 12 2015 | FEB 12 2015 | | Defendant's 2013 Income Statement |
| 51 | FEB 11 2015 | FEB 11 2015 | | Loss Mitigation Home Base Work Action History – 22499871 |
| 52 | FEB 11 2015 | FEB 11 2015 | | Affidavit of Michael Foster, dated September 20, 2013 |
| 53A | FEB 11 2015 | FEB 11 2015 | | COMPOSITE: Defendant's Responses to Plaintiffs' Request for Admissions |

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 53B | FEB 11 2015 | FEB 11 2015 | | Defendant's Responses to Plaintiffs' Second Request for Production |
| 53C | FEB 11 2015 | FEB 11 2015 | | Plaintiffs' First Request for Admissions to Defendant; Letter from Plaintiffs to Brian Moynihan, labeled as Exhibit A and the accompanying payment history sent with the letter, dated November 29, 2010; Trustee Creditor Inquiry Response Form regarding address change; National Data Center: Chapter 13 Bankruptcy Case Information: Account Ledger for Plaintiffs'; Certified Mail Receipt for letter sent to Brian Moynihan date stamped December 8, 2010; Trustee Creditor Inquiry Response Form – duplicate to 53F; Certified Mail Receipt to BAC Home Loans, date stamped December 14, 2009 |
| 53D | FEB 11 2015 | FEB 11 2015 | | Defendant's Responses to Plaintiffs' Second Request for Admissions |
| 53E | FEB 11 2015 | FEB 11 2015 | | Plaintiffs' Second Request for Admissions to Defendant |
| 53F | FEB 11 2015 | FEB 11 2015 | | Defendant's Responses to Plaintiffs' Third Request for Admissions |
| 53G | FEB 11 2015 | FEB 11 2015 | | Defendants' Notice of Serving Answers to Plaintiffs' Interrogatories; Defendant's Answers to First Set of Interrogatories |
| 53H | FEB 11 2015 | FEB 11 2015 | | Defendant's Notice of Serving Answers to Plaintiffs' Third Interrogatories; Defendant's Answers to Plaintiffs' Second Interrogatories |

| EXHIBIT LIST – CONTINUATION SHEET ||||||
|---|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description ||
| 53I | FEB 11 2015 | FEB 11 2015 | | Defendant's Notice of Serving Supplemental Answers to Plaintiffs' Third Interrogatories; Defendant's Supplemental Answers to Plaintiffs' Third Interrogatories; Certificate of Acknowledgment by Mike Foster ||
| 53J | FEB 11 2015 | FEB 11 2015 | | Defendant's Responses to Plaintiffs' Request for Production ||
| 53K | FEB 11 2015 | FEB 11 2015 | | Defendant's Responses to Plaintiffs' Second Request for Production ||
| 53L | FEB 11 2015 | FEB 11 2015 | | Plaintiffs' Second Request for Production of Documents to Defendant ||
| 54A | FEB 11 2015 | FEB 11 2015 | | COMPOSITE: Plaintiffs' transaction receipt from Wells Fargo Bank dated 02/09/2015 ||
| 54B | FEB 11 2015 | FEB 11 2015 | | Plaintiffs' deposit ticket for their savings account ||
| 55 | FEB 11 2015 | FEB 11 2015 | | Defendants' Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Verified Complaint ||
| 56 | FEB 11 2015 | FEB 11 2015 | | Letter from Selene Finance to Plaintiffs titled: Notice of Default and Intent to Accelerate dated 01/09/2015 ||

# EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 57 | FEB 1 1 2015 | FEB 1 1 2015 | | FDIC Merger Decisions 2011 booklet with the Conditional Approval by the Comptroller of the Currency Administrator of National Banks, dated June 24, 2011 |
| 58 | FEB 1 1 2015 | FEB 1 1 2015 | | Deposition of Tangeia Harrell Corporate Representative for Bank of America, N.A. |
| 59 | FEB 1 1 2015 | FEB 1 1 2015 | | Deposition of Mike Foster |
| 60A | FEB 1 1 2015 | FEB 1 1 2015 | | COMPOSITE: Statement of Payment due on 01/01/2010; statement date of 12/31/2009 |
| 60B | FEB 1 1 2015 | FEB 1 1 2015 | | Statement of Payment due on 04/01/2010; statement date of 03/30/2010 |
| 60C | FEB 1 1 2015 | FEB 1 1 2015 | | Statement of Payment due on 05/01/2010; statement date of 04/29/2010 |
| 60D | FEB 1 1 2015 | FEB 1 1 2015 | | Statement of Payment due on 07/01/2010; statement date of 06/29/2010 |