UNITED STAES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Plaintiffs(s),  __x__
Government  _____

Case No: 3:13-CV-00102-TJC-JRK

v.

_____ Evidentiary
__x__ Trial
_____ Other

Defendant(s), _____

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | **JOINT EXHIBIT LIST** | | |
| 1 | FEB 11 2015 | FEB 11 2015 | | Note for the Subject Property |
| 2 | FEB 11 2015 | FEB 11 2015 | | Mortgage for the Subject Property |
| 3 | FEB 11 2015 | FEB 11 2015 | | Servicing Transfer Letter from Taylor, Been & Whitaker to BAC Home Loans Servicing, L.P. |
| 4 | FEB 11 2015 | FEB 11 2015 | | Loan Payment History dated February 25, 2014 requested by Plaintiffs |
| 5 | FEB 11 2015 | FEB 11 2015 | | Letter to Brian Moynihan from Plaintiffs, dated November 29, 2010; payment history, Creditor Inquiry Response Form from Trustee, Notice of Completion of Chapter 13 Plan, National Data Center: Chapter 13 Bankruptcy Case Information Account Ledger and Listing of Claims |

# JOINT EXHIBIT LIST – CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 6 | FEB 11 2015 | FEB 11 2015 | | AS400 Loan Servicing History – stamped BOA 0171 – BOA 0250 |
| 7 | FEB 11 2015 | FEB 11 2015 | | Email form Duane Dumler to Bank of America's bankruptcy counsel, dated March 8, 2010. Email was provided to Plaintiffs' counsel on September 5, 2013. |
| 8 | ~~FEB 11 2015~~ Withdrawn on 2-12-15 | ~~FEB 11 2015~~ | | Bank of America FDCPA training materials – BOA 0251 – BOA 0416 |
| 9 | FEB 11 2015 | FEB 11 2015 | | Bank of America's Notice of Voluntary Dismissal in the state court foreclosure filed March 25, 2013 |
| 10 | FEB 11 2015 | FEB 11 2015 | | Copy of the docket for the state foreclosure action |
| 11 | FEB 11 2015 | FEB 11 2015 | | Letter from Defendant's counsel to Plaintiffs in regards to Defendant's good faith effort on Plaintiffs' account |